IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :     CASE NO.: 7:24-CR-1 (WLS-TQL) |
| | : |
| JIMMY COLEMAN, JIM CARTER, JUSTIN THOMPSON, and BRITTANY BULLARD, | : |
| | : |
| Defendants. | : |

**ORDER**

Before the Court are Defendant Bullard's Unopposed Motion to Continue Trial (Doc. 60) and the Government's Unopposed Motion to Continue Trial as to all Defendants (Doc. 61). In her Motion (Doc. 60), Defendant Bullard states that continuance of the trial is necessary because the Government has not yet produced the discovery yet. Defense Counsel also notes that the Government does not oppose this motion. (*Id.*) And in its Motion (Doc. 61), the Government also states that continuance of the trial of the instant case is necessary because Defendant Jim Carter has not had his initial appearance yet, because it is scheduled for March 26, 2024. The Government also notes that Defense Counsel for Defendants Thompson, Bullard, and Coleman do not oppose its Motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). The Court also notes that no Party has filed a motion to sever. Thus, for good cause shown, Defendant's Unopposed Motion (Doc. 60) and the Government's Unopposed Motion (Doc. 61) are **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the Valdosta Division August

1

2024 trial term beginning on August 5, 2024, and its conclusion, or as may otherwise be ordered by the Court. Additionally, the pretrial conference set for April 3, 2024, for the above-styled matter is **CANCELED**.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 26th day of March, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**