IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:24-CR-1 (WLS-TQL) |
| | : |
| JIMMY COLEMAN, JIM CARTER, JUSTIN THOMPSON, and BRITTANY BULLARD, | : |
| | : |
| Defendants. | : |

## ORDER

Before the Court is the Government's "Joint Motion to Continue Trial in the Interest of Justice." (Doc. 77). Therein, the Government requests a continuance of the above-styled matter to the next term because there has been technical issues with the discovery, and thus, not all defense counsel have been able to review the discovery. (*Id.*) Therefore, the Government contends that a continuance is necessary so that Counsel for Defendants can have the adequate opportunity to review discovery, conduct investigation, and negotiate a potential resolution of the case. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendants and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). The Court also notes that no Party has filed a motion to sever. Thus, for good cause shown, the Joint Motion (Doc. 77) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2024 trial term beginning on November 4, 2024, and its conclusion, or as may otherwise be ordered by the Court.

2

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 20th day of May, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**