**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO: 7:24-CR-01 (WLS)** |
| **JIMMY COLEMAN,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

The Court intends to notice this case for the November 2024 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Monday, September 23, 2024**, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

**SO ORDERED**, this 10th day of September 2024.

                                                               /s/ W. Louis Sands
                                                               **W. LOUIS SANDS, SR. JUDGE
                                                               UNITED STATES DISTRICT COURT**